Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−25988−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　Jonathan R. Magalhaes
　14 Foundry Street
　Newark, NJ 07105

Social Security No.:
　xxx−xx−7803

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

　　NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/17/19.

　　Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

　　This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 18, 2019
JAN: zlh

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Jonathan R. Magalhaes  
    Debtor

Case No. 19-25988-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Sep 18, 2019  
                       Form ID: 148     Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2019.  
db            +Jonathan R. Magalhaes,    14 Foundry Street,    Newark, NJ 07105-4630  
518416608     +KML Law Group, PC,    216 Haddon Avenue, Suite 406,    Collingswood, NJ 08108-2812

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg           E-mail/Text: usanj.njbankr@usdoj.gov Sep 18 2019 23:47:46     U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534  
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 18 2019 23:47:45     United States Trustee,    Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,    Newark, NJ 07102-5235  
518430378     +EDI: AIS.COM Sep 19 2019 03:33:00     Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901  
518416609      EDI: BANKAMER.COM Sep 19 2019 03:33:00     Wells Fargo Bank, NA as Trustees,    c/o Bank of America,    PO Box 31785,    Tampa, FL 33631-3785  
                                                                                                         TOTAL: 4

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2019 at the address(es) listed below:  
        Bruce W. Radowitz    on behalf of Debtor Jonathan R. Magalhaes torreso78@gmail.com,    r45676@notify.bestcase.com  
        Kevin Gordon McDonald    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee et al... kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                 TOTAL: 4