| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>Jonathan R. Magalhaes | Order Filed on September 17,<br>2019 by Clerk U.S. Bankruptcy<br>Court District of New Jersey |

Case No.: _____19-25988_____

Hearing Date: _____9/12/2019_____

Judge: _____Sherwood_____

Chapter: _____13_____

# ORDER DISMISSING CASE
## AND BARRING THE DEBTOR FROM FILING

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 17, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The Court having noted that the debtor(s) filed a petition on _____08/19/2019_____,
and Court having entered an *Order to Show Cause Why Case Should Not Be Dismissed and the Debtor Barred from Filing for 180 Days for the Debtor's Failure to Comply with an Order of the Court*, and the Court having found that the debtor(s) have willfully failed to abide by the following Order(s):

| Case Number | Docket Number | Title and Filed Date of Order |
|---|---|---|
| 19-19788 | 4 | Order Dismissing Case for Debtor (related document:4 Show Cause). 6/10/201 |
| | | |
| | | |
| | | |
| | | |
| | | |

And for good cause shown, it is hereby **ORDERED**:

That pursuant to Section 109(g) of the Bankruptcy Code, the case is dismissed and the debtor(s), _____Jonathan R. Magalhaes_____ is/are barred from filing a petition in this district until _____3/11/2020_____.

*new.8/1/19*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                                           Case No. 19-25988-JKS
Jonathan R. Magalhaes                                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Sep 18, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2019.
db             +Jonathan R. Magalhaes,    14 Foundry Street,    Newark, NJ 07105-4630

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2019 at the address(es) listed below:
              Bruce W. Radowitz    on behalf of Debtor Jonathan R. Magalhaes torreso78@gmail.com,
               r45676@notify.bestcase.com
              Kevin Gordon McDonald    on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee et al...
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4